UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Cabacoff

    v.                                                                         Case No. 23-cv-0084-LM

Federal Express Corporation

## ORDER

After due consideration of the objection and response to objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 5, 2024.

The court grants FedEx's motion to dismiss (document 19). The clerk shall enter judgment and close the case.

                                                              _____
                                                              Landya B. McCafferty
                                                              United States District Judge

Date: April 10, 2024

cc:  Robert Cabacoff, pro se
      Counsel of Record