UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Cabacoff

    v.                                      Case No. 23-cv-84-LM

Federal Express Corporation

## JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated April 10, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 5, 2024, judgment is hereby entered.

                                              By the Court:

                                              Daniel J. Lynch
                                              Clerk of Court

Date: April 11, 2024

cc: Robert Cabacoff, pro se
    Counsel of Record