# United States Court of Appeals
## For the First Circuit

_____

No. 24-1531

ROBERT CABACOFF,

Plaintiff - Appellant,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant - Appellee.

_____

Before

Montecalvo, Kayatta and Rikelman,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: April 8, 2025

      Pro se appellant Robert Cabacoff appeals from the district court's dismissal of his complaint for failure to state a claim. We review the dismissal de novo. <u>Martinez-Rivera</u> v. <u>Sanchez Ramos</u>, 498 F.3d 3, 6 (1st Cir. 2007). The district court's denial of appellant's post-judgment motions is reviewed for abuse of discretion. <u>Roosevelt REO PR II Corp.</u> v. <u>Del Llano-Jimenez</u>, 765 F. App'x 459, 461 (1st Cir. 2019) (unpublished). After careful review of the parties' submissions and the underlying record, we affirm the dismissal substantially for the reasons set forth in the magistrate judge's February 5, 2024, report and recommendation as adopted by the district court by order dated April 10, 2024. Similarly, no abuse of discretion appearing on this record, the denial of appellant's post-judgment motions is affirmed.

                                                             By the Court:

                                                             Anastasia Dubrovsky, Clerk

cc:
Robert S. Cabacoff
Joshua D. Nadreau
Katherine Rose Reynolds